IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**CHASTON TRACE WALLACE**                                                                **PLAINTIFF**

**V.**                        **CASE NO. 5:23-CV-5160**

**JAIL ADMINISTRATOR MEGAN RUTLEDGE,**
Benton County Detention Center (BCDC)                                       **DEFENDANT**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 24) filed in this case on February 13, 2024, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the case is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to prosecute this case and failure to obey the Orders of the Court, pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2).

**IT IS SO ORDERED** on this 4th day of March, 2024.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE